IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:05cr00027-01 JMM

ROLAND HARRISON

## AMENDED JUDGMENT

The Judgment entered in this case on November 9, 2006, is amended to correct a clerical error. As stated during the sentencing hearing, Defendant's term of imprisonment is to run consecutively to the undischarged term of imprisonment in the Arkansas Department of Correction (18 U.S.C. § 3584 and U.S.S.G. § 5G1.3[a]).

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this amended judgment to the United States Probation Office and a certified copy to the United States Marshal Service.

IT IS SO ORDERED this 17th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE